**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KEVIN J. KOHUTE, | Case No.: 3:25-cv-00736-ART-CSD |
| Plaintiff | **Report & Recommendation of United States Magistrate Judge** |
| v. | |
| BUREAU OF ATF, | |
| Defendants | |

This Report and Recommendation is made to the Honorable Anne R. Traum, United States District Judge. The action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Rules of Practice, LR 1B 1-4.

**I. BACKGROUND**

Plaintiff, who is a detainee in the custody of Smith County Jail in Tyler, Texas, filed an application to proceed in forma pauperis (IFP) (ECF No. 1) and a pro se complaint (ECF No. 1-1). The IFP application was not complete, nor was it on the court's form.

On February 17, 2026, the court entered directing Plaintiff to file a complete IFP application on the court's form or pay the full $405.00 filing fee within thirty days of the court's order. Plaintiff has failed to do either, and the time for doing so has expired. It is therefore recommended that the District Judge enter an order denying Plaintiff's incomplete application for IFP (ECF No. 1) and dismissing this action without prejudice.

///

///

///

## II. RECOMMENDATION

**IT IS HEREBY RECOMMENDED** that the District Judge enter an order **DENYING** Plaintiff's application for IFP (ECF No. 1) and **DISMISSING** this action **WITHOUT PREJUDICE**.

The Plaintiff should be aware of the following:

1. That he may file, pursuant to 28 U.S.C. § 636(b)(1)(C), specific written objections to this Report and Recommendation within fourteen days of being served with a copy of the Report and Recommendation. These objections should be titled "Objections to Magistrate Judge's Report and Recommendation" and should be accompanied by points and authorities for consideration by the district judge. Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

2. That this Report and Recommendation is not an appealable order and that any notice of appeal pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure should not be filed until entry of judgment by the district court.

Dated: March 20, 2026

_____
Craig S. Denney
United States Magistrate Judge