UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KEVIN J. KOHUTE,

            Plaintiff,

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES,

            Defendant.

Case No. 3:25-cv-00736-ART-CSD

ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 4)

Plaintiff Kevin J. Kohute sues the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATF") for violations of his civil rights. (ECF No. 1-1.) Also before the Court is Mr. Kohute's application to proceed *in forma pauperis* ("IFP") (ECF No. 1.) On March 20, 2026, Magistrate Judge Denney issued a Report and Recommendation ("R&R") recommending denying Mr. Mills's application to proceed IFP and dismissing his complaint without prejudice. (ECF No. 4.)

For the foregoing reasons, the Court adopts the magistrate judge's R&R.

## I.    LEGAL STANDARD

Under the Federal Magistrates Act, a court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by [a] magistrate judge." 28 U.S.C. § 636(b)(1). Where a party timely objects to a magistrate judge's report and recommendation, then the court is required to "make a *de novo* determination of those portions of the [report and recommendation] to which objection is made." 28 U.S.C. § 636(b)(1). A court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Mr. Kohute has not filed an objection to the magistrate judge's R&R and his time to do so has now expired. (ECF No. 4.)

1

## II.   ANALYSIS

On February 17, 2026, the Court entered an order directing Mr. Kohute to file a complete IFP application on the Court's form or pay the full $405.00 filing fee within thirty days of the Court's order. (ECF No. 3.) Mr. Kohute has failed to do either, and his time to do so has now expired. (*Id.*) The Court agrees with the magistrate judge's reasoning and adopts the R&R in full.

## III.   CONCLUSION

IT IS THEREFORE ORDERED that Judge Denney's report and recommendation (ECF No. 4) is ADOPTED in full.

IT IS FURTHER ORDERED that Mr. Kohute's application for IFP (ECF No. 1-1) is DENIED.

IT IS FURTHER ORDERED that this action is DISMISSED without prejudice.

DATED THIS 8th day of April 2026.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2